IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1416-AP**

**SAMUEL J. VAN,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulation to Attorney Fees Under the Equal Access to Justice Act, (doc. #17), filed December 9, 2014, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$782.25**.

Dated at Denver, Colorado, this 9th day of December, 2014.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT